## Edw. K. Tryon Co., Appellant, *v.* Keystone Discount Stores, Inc.

Argued January 9, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Roland J. Christy,* with him *James R. Koller,* for appellant.

*Bernerd A. Buzgon,* with him *Stanley W. Katz,* and *Davis, Katz, Buzgon & Davis,* for appellee.

OPINION PER CURIAM, March 15, 1968:
Order affirmed.